■ MAIN STREET FASHIONS, INC., Individually and as a Stockholder of BLASSPORT, LTD., Appellant, v NORMAN ZEILER et al., Respondents.—Order and judgment (one paper), Supreme Court, New York County, entered on July 24, 1975, unanimously affirmed on the decision of Sanders, J., at Trial Term, and that the respondents recover of the appellant one bill of $60 costs and disbursements of this appeal. Concur—Murphy, J. P., Lupiano, Birns, Silverman and Nunez, JJ.

■ DENCO, Respondent, v GENESCO, INC., et al., Appellants. MICHAEL W. CRAMER, Respondent, v GENESCO, INC., et al., Appellants.—Two orders of the Supreme Court, New York County, each entered on or about December .29, 1975, unanimously affirmed for the reasons stated by Starke, J., at Special Term. Respondents shall recover of the appellants one bill of $40 costs and disbursements of these appeals. Concur—Stevens, P. J., Markewich, Murphy, Capozzoli and Lane, JJ.

■ In the Matter of the Estate of RAOUL FLEISCHMANN, Deceased. AUGUSTIN J. SAN FILIPPO, Appellant; PATRICIA L. FLEISCHMANN, Respondent. —Decree, Surrogate's Court, New York County, entered on April 20, 1973, unanimously affirmed on the decision of Di Falco, S., without costs and without disbursements. Concur—Markewich, J. P., Lupiano, Silverman, Nunez and Yesawich, JJ.

■ RITA H. DALE, Appellant, v LAWRENCE C. KOLB, Individually and as Commissioner of the New York State Department of Mental Hygiene, Respondent.—Order, Supreme Court, New York County, entered on August 1, 1975, unanimously affirmed for the reasons stated at Special Term, without costs and without disbursements. Concur—Stevens, P. J., Markewich, Murphy, Capozzoli and Lane, JJ.

■ In the Matter of BERNICE BOLAR, as Chairperson of Harlem Hospital Center Community Board, et al., Appellants, v NEW YORK CITY HEALTH AND HOSPITALS CORPORATION, Respondent.—Judgment, Supreme Court, New York County, entered on January 9, 1976, unanimously affirmed for the reasons stated by Helman, J., at Special Term, without costs and without disbursements. Concur—Murphy, J. P., Birns, Silverman, Nunez and Yesawich, JJ.

■ ESSEX REFINING CORPORATION, Appellant, v HOME INSURANCE COMPANY, Respondent.—Order and judgment, Supreme Court, New York County, entered on June 12 and July 1, 1975, unanimously affirmed for the reasons stated by Richard S. Lane, J., at Trial Term, and that the respondent recover of the appellant $60 costs and disbursements of this appeal. Concur—Stevens, P. J., Markewich, Murphy, Capozzoli and Lane, JJ.

■ COMMUNITY SERVICES, INC., Appellant, v SOBEL & KRAUS, INCORPORATED, et al., Defendants, and DIC-UNDERHILL et al., Respondents.—Order and judgment (one paper), Supreme Court, New York County, entered on September 19, 1975, unanimously affirmed for the reasons stated in the opinion of Hughes, J., at Special Term, and that the respondents recover of the appellant one bill of $60 costs and disbursements of this appeal. Concur —Stevens, P. J., Markewich, Murphy, Capozzoli and Lane, JJ.

■ W. J. BARNEY CORPORATION, Appellant, v PALMA F. COOPER, INC., Respondent.—Judgment, Supreme Court, New York County, entered on December 17, 1975, unanimously affirmed on opinion of Spiegel, J., at Special Term, and that the respondent recover of the appellant $40 costs and disbursements of this appeal. Concur—Murphy, J. P., Birns, Silverman, Nunez and Yesawich, JJ.